# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**ZAMBEZIA FILM (PTY.) LTD,**

    **Plaintiff,**

**v.**                                                                                       Case No: 5:13-CV-172-Oc-10PRL

**DOE 6**

    **Defendant.**

## **ORDER**

Plaintiff has sued Defendant for copyright infringement and seeks leave to serve a third party subpoena on Defendant's internet service provider ("ISP"), prior to conducting the Rule 26(f) conference, in order to ascertain the actual identity of Defendant from his/her IP address. (Doc. 2). Plaintiff has provided the subpoena. (Doc. 8). Upon review of the Motion and related filings, the Court finds sufficient good cause to permit service of the subpoena on the ISP identified in Plaintiff's filings.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion (Doc. 2) is **GRANTED**.

2. Plaintiff may serve the ISP with the subpoena under Rule 45 of the Federal Rules of Civil Procedure, commanding the ISP to provide Plaintiff with the information identified in the subpoena. Plaintiff shall attach a copy of this Order to the subpoena.

3. Plaintiff may also serve a Rule 45 subpoena, in the same manner as above, on any other ISP identified in response to the subpoena as a provider of internet services to Defendant.

4. Any ISP served with a subpoena shall give written notice, which may include e-mail notice, to any affected subscribers and such notice shall inform the subscribers of their right to challenge the subpoena in court.

5. If any ISP or the Defendant would like to modify or quash any subpoena, such party must do so before the return date of the subpoena, which shall be at least thirty days from the date of service. The ISP(s) shall preserve any subpoenaed information pending the resolution of any timely motion to modify or quash.

6. The subpoena(s) authorized by this Order shall be deemed appropriate court orders under 47 U.S.C. § 551(c)(2)(B).

7. Plaintiff may use the information disclosed in response to the subpoena(s) served on the ISP(s) only as necessary to prosecute this action.

**DONE** and **ORDERED** in Ocala, Florida on May 29, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties