UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ZAMBEZIA FILM (PTY.) LTD,

    Plaintiff,

v.                                                 Case No: 5:13-cv-172-Oc-10PRL

EDUARDO F. LIMONTA

    Defendant.

## ORDER

This case is before the Court for Consideration of Plaintiff's Motion for Extension of Time to Serve Defendant (Doc. 11). Plaintiff requests an extension of time up to and including October 31, 2013 within which to serve Defendant. In support, Plaintiff argues that an extension of time is required because Defendant's true identify was only recently obtained via subpoena to Defendant's internet service provider. On August 7, 2013, Plaintiff filed an Amended Complaint naming Defendant individually.

Plaintiff's motion recites that despite communications to Defendant in an attempt to resolve this matter, Defendant has not responded.

Accordingly, upon due consideration, Plaintiff's Motion for Extension of Time to Serve Defendant (Doc. 11) is Granted, and Plaintiff shall have up to and including October 31, 2013 within which to serve process upon Defendant, Eduardo F. Limonta.

**DONE** and **ORDERED** in Ocala, Florida on August 12, 2013.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties